

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00108-CV

| | | |
|---|---|---|
| Michael Reid | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2012-007946-3) |
| v. | | |
| | § | November 23, 2016 |
| UDR Texas Properties, LLC; UDR | § | Opinion by Justice Gabriel |
| Texas Properties, LLC, Successor to | | |
| UDR Texas Properties, LP; UDR | | |
| The Cliffs, LLC; UDR, Inc.; and | | |
| Western Residential, Inc. | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Michael Reid shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel